**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mario Jose ESPINOZA, Defendant–Appellant.**

**No. 05–56780.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Mario Jose Espinoza, pro se.

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

### MEMORANDUM **

Mario Jose Espinoza appeals pro se from the district court's judgment denying his 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253, and we affirm.

---

Espinoza contends that his trial attorney was ineffective because she failed to conduct a reasonable investigation. We conclude that Espinoza has failed to prove prejudice resulting from the allegedly unreasonable investigation. *See Strickland v. Washington,* 466 U.S. 668, 694, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

To the extent that Espinoza is raising an "actual innocence" claim in his reply brief, a claim not raised before the district court or in his opening brief, we construe that argument as a motion to expand the certificate of appealability and we deny the motion. *See Hiivala v. Wood,* 195 F.3d 1098, 1104 (9th Cir.1999) (per curiam).

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.